IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

PROGRESSIVE INSURANCE COMPANY, )
as Subrogee of C. Daly, )
)
                             Plaintiff, )
)
    vs. )
)
UNITED STATES OF AMERICA, )
)   No. 3:15-cv-0174-HRH
                          Defendant. )
_____)

O R D E R

Case Dismissed

Pursuant to the parties' *Stipulation for Dismissal*,[1] filed June 23, 2016, this action is dismissed with prejudice, the parties to bear their respective costs, expenses, and attorney fees.

DATED at Anchorage, Alaska, this 24th day of June, 2016.

                                                /s/ H. Russel Holland
                                                United States District Judge

---

[1] Docket No. 13.

Order – Case Dismissed                         - 1 -